# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Court*

State Court County: Pickaway

Case number and caption:

| Case Number | Plainfiff(s) | | Defendant(s) |
|---|---|---|---|
| 2026CI0153 | Donald Mayse | vs | Village of Ashville, et al. |

Jury Demand Made in State Court: ☒ Yes ☐ No

If "Yes," by which party and on what Date:

| Party | Date |
|---|---|
| Plaintiff | 06/09/26 |

Were there parties not served prior to removal? ☒ Yes ☐ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☐ Yes ☒ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed:

List the parties that are removing the case:

| | | |
|---|---|---|
| Village of Ashville | R. David Rainey | Roger Clark |
| Stephen Welsh | Chad Noggle | Colton Henson |
| Bryan Cline | Matthew Scholl | Randy Loveless |

| Parties Not Served | Parties Dismissed | Answers Filed |
| --- | --- | --- |
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |
| Colton Henson - was served with the original complaint; however refused service on the amended complaint due to incorrect address | None | None |

| Party and Type | Attorney(s) |
| --- | --- |
| *I.E. Plaintiff John Doe* | *I.E. Attorney(s) Name<br>Firm<br>Address<br>City, State, Zip<br>Telephone and Fax Number<br>Supreme Court Number* |
| Village of Ashville, Defendant<br>Steven Welsh, Defendant<br>Bryan Cline, Defendant<br>Roger Clark, Defendant<br>Colton Henson, Defendant<br>Randy Loveless, Defendant<br>Chad Noggle, Defendant<br>Matthew Scholl, Defendant<br>R. David Rainey, Defendant | Brian M. Zets (0066544) - Trial Counsel for Defendants<br>Trista M. Turley (0093939)<br>Isaac Wiles Burkholder & Miller, LLC<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215<br>TEL: 614.221.2121 / FAX: 614.365.9516<br>bzets@isaacwiles.com<br>tturley@isaacwiles.com |

USE A SEPARATE SHEET OF PAPER IF NECESSARY