**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:24-cv-3132
2:24-cv-3919
2:24-cv-4247
2:24-cv-4316
2:25-cv-0007
2:25-cv-0082
2:25-cv-0144
2:25-cv-0353
2:25-cv-0495
2:25-cv-0664
2:25-cv-0942
2:25-cv-1046
2:25-cv-1095
2:25-cv-1097
2:25-cv-1193
2:25-cv-1243
2:25-cv-1318
2:25-cv-1355
2:25-cv-1393
2:25-cv-1395
2:25-cv-1513
2:26-cv-0006
2:26-cv-0109
2:26-cv-0178
2:26-cv-0199
2:26-cv-0208
2:26-cv-0241
2:26-cv-0260
2:26-cv-0267
2:26-cv-0286
2:26-cv-0441
2:26-cv-0476
2:25-cv-0535
2:26-cv-0561
2:26-cv-0564
2:26-cv-0722
2:26-cv-0765
2:26-cv-0791
2:26-cv-0823
2:26-cv-0856

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **December 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on October 30, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio